AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Ashley Brady<br><br>*Plaintiff(s)*<br>v.<br>Basic Research, L.L.C., Zoller Laboratories, L.L.C., Nicole E. Polizzi a/k/a Snooki, Dennis W. Gay, Daniel B. Mowrey, and<br><br>*Defendant(s)* | Civil Action No. 13cv7169(SJF)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mitchell K. Friedlander
5742 Harold Gatty Drive
Salt Lake City, UT  84116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joseph I. Marchese
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  December 18, 2013

*Carol McMahon*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 13-cv-07169

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mitchell K. Friedlander**
was received by me on *(date)* **12/19/2013**.

☑ I personally served the summons on the individual at *(place)* **2551 E. Brentwood Dr., Salt Lake City UT 84121 at 5:42 pm** on *(date)* **01/07/2014**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **01/09/2014**

*K Cooper*
Server's signature

**Kimberly Cooper, #R103042**
Printed name and title

One Legal, LLC
68 Mitchelle Dr., Suite 250
San Rafael, CA 94903
Server's address

Additional information regarding attempted service, etc:
Summons in a Civil Action; Notice; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; cm/ECF User's Guide; Individual Practices of Magistrate Judge Arlene R. Lindsay; Individual Rules of Hon. Sandra J. Feuerstein; Civil Docket; Class Action Complaint; Exhibit A-C; Civil Cover Sheet
12/21/2013 15:46 2551 E. Brentwood Dr., Salt Lake City, UT 84121 Home is gated with a call box. No answer at call box. Called telephone with no answer.
12/27/2013 16:12 2551 E. Brentwood Dr., Salt Lake City, UT 84121 No answer at call box. Called telephone and left message.