AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Ashley Brady<br><br>*Plaintiff(s)*<br>v.<br>Basic Research, L.L.C., Zoller Laboratories, L.L.C., Nicole E. Polizzi a/k/a Snooki, Dennis W. Gay, Daniel B. Mowrey, and<br><br>*Defendant(s)* | Civil Action No. 13cv7169(SJF)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nicole E. Polizzi aka "Snooki"
21 Wygant Road
Marlboro, NY 12542

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph I. Marchese
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: December 18, 2013

*Carol McMahon*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nicole E. Polizzi
was received by me on *(date)* 01/15/2014 .

☑ I personally served the summons on the individual at *(place)* 160 East 54 St., New York, NY 10022
on *(date)* 01/15/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/17/2014

*Server's signature*

Yitzchak Kopel, Associate, Bursor & Fisher, P.A.
*Printed name and title*

888 Seventh Ave.
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc:
Also included service of the Court's December 17, 2013 Notice of Hearing.