AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Ashley Brady<br><br>*Plaintiff(s)*<br>v.<br>Basic Research, L.L.C., Zoller Laboratories, L.L.C., Nicole E. Polizzi a/k/a Snooki, Dennis W. Gay, Daniel B. Mowrey, and Mitchell K. Friedlander<br><br>*Defendant(s)* | Civil Action No. 13cv7169(SJF)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zoller Laboratories, L.L.C.
5742 Harold Gatty Drive
Salt Lake City, UT  84116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph I. Marchese
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY  10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: December 18, 2013         *Carol McMahon*
                                 *Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joseph I. Marchese, 4238317<br>Bursor & Fisher, P.A.<br>888 7th Ave<br>New York, NY 10019<br>TELEPHONE NO.: (646) 837-7103<br>ATTORNEY FOR (Name): Plaintiff | |

United States District Court, Eastern District of New York

State of NY

| PLAINTIFF/PETITIONER: Brady | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Basic Research LLC | 13-cv-07169 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>135 Zantrex |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Civil Case Cover Sheet, Complaint, Exhibits, Notice of Hearing, Individual Rules of Hon. Sandra J. Feuerstein, U.S.D.J., Individual Practices of Magistrate Judge Arlene R. Lindsay, cm/ECF User's Guide, Notice of Hearing, Notice, Consent & Reference of a Civil Action to a Magistrate Judge

3. a. Party served: Zoller Laboratories LLC

   b. Person Served: National Registered Agents, Inc., Kelly Nixon - Person authorized to accept service of process

4. Address where the party was served: 1108 East South Union Ave.
   Midvale, UT 84047

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 12/20/2013   (2) at (time): 12:43 PM

6. Person who served papers
   a. Name: Clifford Stowers
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606

   d. The fee for service was: $ 52.95

8. I declare under penalty of perjury tthat the foregoing is true and correct.

Date: 12/20/2013

Clifford Stowers                                    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS)

**PROOF OF SERVICE**

OL# 1771447