# MAYER•BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

February 24, 2014

**Henninger S. Bullock**
hbullock@mayerbrown.com

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Brady v. Basic Research, L.L.C., Zoller Laboratories, L.L.C., Nicole E. Polizzi a/k/a Snooki, Dennis W. Gay, Daniel B. Mowrey, and Mitchell K. Friedlander*, 2:13-cv-07169

Dear Judge Feuerstein:

     We represent all defendants in the above-captioned matter. Pursuant to Section 4.B. of Your Honor's Individual Rules, enclosed please find a copy of Defendants' cover letter to counsel for Plaintiff, dated February 24, 2014, regarding the following notices of motion, memoranda of law, and other supporting documentation in the above-captioned matter:

(1) Notice of Motion, Supporting Documentation, and Memorandum of Law in Support of Defendants' Motion to Dismiss Individual Defendants Mowrey, Gay and Friedlander for Lack of Personal Jurisdiction;

(2) Notice of Motion, Supporting Documentation, and Memorandum of Law in Support of Defendants' Motion to Dismiss For Failure to State a Claim for Relief;

(3) Notice of Motion, Supporting Documentation, and Memorandum of Law in Support of Defendants' Motion to Dismiss for Lack of Standing; and

(4) Notice of Motion, Supporting Documentation, and Memorandum of Law in Support of Defendants' Motion to Strike Paragraphs 23-25 of Plaintiff's Complaint.

Mayer Brown LLP

Honorable Sandra J. Feuerstein
February 24, 2014
Page 2

  The cover letters and related papers were served via electronic mail and United Parcel Service Next Day Air to the below-named attorneys today, February 24, 2014:

> BURSOR & FISHER, P.A.
> Scott A. Bursor
> Joseph I. Marchese
> Yitzchak Kopel
> Neal J. Deckant
> 888 Seventh Avenue
> New York, NY 10019
> Telephone: (212) 837-7150
> Facsimile: (212) 989-9163
>
> *Attorneys for Plaintiff*

Respectfully submitted,

Henninger S. Bullock

Enclosures

cc *(via email, w/o enclosures)*:  Joseph I. Marchese