SCOTT BURSOR
JOSEPH MARCHESE
YITZCHAK KOPEL
NEAL J. DECKANT
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Telephone: (646) 837-7410
Facsimile: (212) 989-9163
Counsel for Plaintiff

HENNINGER S. BULLOCK
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Counsel for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASHLEY BRADY, on behalf of herself and all others similarly situated,

    Plaintiff,

vs.

BASIC RESEARCH, L.L.C., ZOLLER LABORATORIES, L.L.C., NICOLE E. POLIZZI a/k/a SNOOKI, DENNIS W. GAY, DANIEL B. MOWREY and MITCHELL K. FRIEDLANDER,

    Defendants.

CIVIL ACTION NO. 2:13-CV-07169-SJF-ARL

## STIPULATION AND [PROPOSED] ORDER
## REGARDING AMENDED COMPLAINT AND MOTIONS TO DISMISS

WHEREAS, Defendants filed motions to dismiss Plaintiff's class action complaint on February 24, 2014;

WHEREAS, Plaintiff has decided to amend the complaint rather than file oppositions to those motions;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval:

1. Plaintiff's amended complaint shall be filed on or by April 10, 2014;

2. Defendants' motions to dismiss the amended complaint shall be filed on or by June 9, 2014;

3. Plaintiff's opposition to those motions to dismiss shall be filed on or by July 24, 2014;

4. Defendants' replies in support of those motions to dismiss shall be filed on or by August 14, 2014.

Dated: March 17, 2014

MAYER BROWN LLP

HENNINGER S. BULLOCK
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
*Counsel for Defendants*


BURSOR & FISHER, P.A

SCOTT BURSOR
JOSEPH MARCHESE
YITZCHAK KOPEL
NEAL J. DECKANT
888 Seventh Avenue
New York, New York 10019
Telephone: (646) 837-7410
Facsimile: (212) 989-9163
*Counsel for Plaintiff*

2

IT IS SO ORDERED.

DATED: _____

                                        THE HONORABLE SANDRA J. FEUERSTEIN
                                        UNITED STATES DISTRICT JUDGE