UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ASHLEY BRADY, on behalf of herself and
all others similarly situated,

                              Plaintiff,

-against-

BASIC RESEARCH, L.L.C., ZOLLER
LABORATORIES, L.L.C., NICOLE E.
POLIZZI a/k/a SNOOKI, DENNIS W.
GAY, DANIEL B. MOWREY, and
MITCHELL K. FRIEDLANDER,

                              Defendants.

------------------------------------------------------------ X

13 Civ. 7169 (SJF) (ARL)

NOTICE OF SUBSTITUTION
OF COUNSEL

It is hereby stipulated and agreed that Fox Rothschild LLP is substituted in as counsel on behalf of Defendants Basic Research, L.L.C., Zoller Laboratories, L.L.C., Dennis W. Gay, Daniel B. Mowrey and Mitchell K. Friedlander in place of Mayer Brown LLP.

DATED: New York, New York
             March 14, 2014

FOX ROTHSCHILD LLP

By: _____
Daniel A. Schnapp, Esq.
100 Park Avenue, 15th Fl.
New York, NY 10017
Phone: (212) 878-7900
Facsimile: (212) 692-0940

*Attorneys for Defendants Basic Research, L.L.C.,
Zoller Laboratories, L.L.C., Dennis W. Gay,
Daniel B. Mowrey and Mitchell K. Friedlander*

MAYER BROWN LLP

By: _____
Henninger Simons Bullock, Esq.
1675 Broadway
New York, NY 10019
Phone: (212) 506-2500
Facsimile: (212) 849-5528

BASIC RESEARCH, L.L.C.

By: _____
Name: Dennis W. Gay,
Title: Manager

DENNIS W. GAY

_____
Individually

MITCHELL K. FRIEDLANDER

_____
Individually

ZOLLER LABORATORIES, L.L.C.

By: _____
Name: Dennis W. Gay,
Title: Manager

DANIEL B. MOWREY

_____
Individually

| BASIC RESEARCH, L.L.C. | ZOLLER LABORATORIES, L.L.C. |
|---|---|
| By:_____ | By:_____ |
| Name: | Name: |
| Title: | Title: |

DENNIS W. GAY

DANIEL B. MOWREY

*/signature/*

_____

MITCHELL K. FRIEDLANDER

*/signature/*