UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
:
ASHLEY BRADY, on behalf of herself and :
all others similarly situated, : 13 Civ. 7169 (SJF) (ARL)
:
Plaintiff, :
:
-against- :
:
BASIC RESEARCH, L.L.C., ZOLLER :
LABORATORIES, L.L.C., NICOLE E. :
POLIZZI a/k/a SNOOKI, DENNIS W. :
GAY, DANIEL B. MOWREY, and :
MITCHELL K. FRIEDLANDER, :
:
Defendants. :
-------------------------------------------X

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that Stephanie Resnick, Esq. of the law firm Fox Rothschild LLP, hereby enters her appearance as counsel for Defendants Basic Research, L.L.C., Zoller Laboratories, L.L.C., Dennis W. Gay, Daniel B. Mowrey and Mitchell K. Friedlander to represent them in connection with the above-captioned proceeding.  Ms. Resnick's address and telephone number are:

> Fox Rothschild LLP
> 2000 Market Street
> Philadelphia, PA 19103
> Attn: Stephanie Resnick, Esq.
> Tel: (215) 299-2000
> Fax: (215) 299-2150
> Email: sresnick@foxrothschild.com

Dated: New York, New York
March 21, 2014

        Counsel to Defendants Basic Research, L.L.C., Zoller Laboratories, L.L.C., Dennis W. Gay, Daniel B. Mowrey and Mitchell K. Friedlander

By: /s/ Stephanie Resnick
     Stephanie Resnick
     2000 Market Street
     Philadelphia, PA 19103
     (215) 299-2000