UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
:
ASHLEY BRADY, on behalf of herself and          :
all others similarly situated,                  :     13 Civ. 7169 (SJF) (ARL)
                                                :
                    Plaintiff,                  :
                                                :
            -against-                           :
                                                :
BASIC RESEARCH, L.L.C., ZOLLER                  :
LABORATORIES, L.L.C., NICOLE E.                 :
POLIZZI a/k/a SNOOKI, DENNIS W.                 :
GAY, DANIEL B. MOWREY, and                      :
MITCHELL K. FRIEDLANDER,                        :
                                                :
                    Defendants.                 :
---------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel A. Schnapp, Esq. of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Defendants Basic Research, L.L.C., Zoller Laboratories, L.L.C., Dennis W. Gay, Daniel B. Mowrey and Mitchell K. Friedlander to represent them in connection with the above-captioned proceeding. Mr. Schnapp's address and telephone number are:

>   Fox Rothschild LLP
>   100 Park Avenue, 15th Fl.
>   New York, NY 10017
>   Attn: Daniel A. Schnapp, Esq.
>   Tel: (212) 878-7900
>   Fax: (212) 692-0940
>   Email: dschnapp@foxrothschild.com

Dated: New York, New York
March 21, 2014

Counsel to Defendants Basic Research, L.L.C., Zoller Laboratories, L.L.C., Dennis W. Gay, Daniel B. Mowrey and Mitchell K. Friedlander

By:  /s/ Daniel A. Schnapp
Daniel A. Schnapp
100 Park Avenue, 15th Fl.
New York, NY 10017
(212) 878-7900