## CIVIL CAUSE FOR INITIAL CONFERENCE
### BEFORE: JUDGE FEUERSTEIN

**DATE:** April 24, 2014      **TIME:** 11:15 A.M.      **TIME IN COURT:**   30 minutes

**CASE NUMBER:**   2:13-cv-07169-SJF-ARL

**CASE TITLE:**   Brady v. Basic Research, L.L.C. et al

★   APR 2 4 2014   ★

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

LONG ISLAND OFFICE

**PLTFFS ATTY:**   Joseph Marchese and Yitak Kopel via telephone

  X  present      ___ not present

**DEFTS ATTY:**   Daniel Schnapp, Henninger Bullock and Ronald Price

  X  present      ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** Bryan Morabito

X     CASE CALLED.

___   ARGUMENT HEARD / CONT'D TO _____.

___   ORDER ENTERED ON THE RECORD.

**OTHER:**.  Defendant to serve motion by 6/9/14, plaintiff's opposition due 7/24/14, Defendant's reply and fully briefed motion due 8/14/14.  A status conference is scheduled before Judge Feuerstein on 11/19/2014 at 11:15 am.