AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Ashley Brady & Stephanie Dalli Cardillo et al <br> *Plaintiff* <br> v. <br> Basic Research, LLC, et al. <br> *Defendant* | ) ) ) ) ) ) Case No. 2:13-CV-07169-SJF-ARL |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ashley Brady & Stephanie Dalli Cardillo

Date: 05/21/2014

*Attorney's signature*

Shane T. Rowley 2370351
*Printed name and bar number*

Levi & Korsinsky, LLP
30 Broad St., 24th Floor,
New York, NY 10004
*Address*

srowley@zlk.com
*E-mail address*

(212) 363-7500
*Telephone number*

(866) 367-6510
*FAX number*