UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
:
ASHLEY BRADY and STEPHANIE :
DALLI CARDILLO, on behalf of :
themselves and all others similarly situated, : 13 Civ. 7169 (SJF) (ARL)
:
Plaintiffs, :
:
-against- :
:
BASIC RESEARCH, L.L.C., ZOLLER : **NOTICE OF MOTION TO DISMISS**
LABORATORIES, L.L.C., NICOLE E. : **FIRST AMENDED COMPLAINT**
POLIZZI a/k/a SNOOKI, DENNIS W. : **FOR LACK OF SUBJECT MATTER**
GAY, DANIEL B. MOWREY, and : **JURISDICTION AND FAILURE TO**
MITCHELL K. FRIEDLANDER, : **STATE A CLAIM**
:
Defendants. :
------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Daniel A. Schnapp, Esq., dated June 9, 2014, the exhibits attached thereto, which includes the Declaration of Gina Daines, the accompanying Memorandum of Law in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, and any other submission made in support of this motion, defendants Basic Research LLC, Zoller Laboratories LLC, Dennis W. Gay, Daniel B. Mowrey, and Mitchell K. Friedlander will move this Court, before the Honorable Sandra J. Feuerstein, United States District Court Judge, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by this Court, for an Order dismissing the first amended complaint, in its entirety, with prejudice, and for other such relief that the Court deems just and proper, for lack of subject matter jurisdiction and failure to state a claim.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated March 20, 2014, Plaintiffs' opposition to this motion shall be served on or before July 24, 2014, and

Defendants' reply brief in further support of this motion shall be served on or before August 14, 2014.

Dated: June 9, 2014
      New York, New York

                                          Respectfully submitted,

                                          Daniel A. Schnapp
                                          FOX ROTHSCHILD LLP
                                          100 Park Avenue, 15th Floor
                                          New York, New York 10017
                                          (212) 878-7900
                                          (f) (212) 692-0940

                                          Stephanie Resnick
                                          Gerald E. Arth (*pro hac vice* motion pending)
                                          Ryan Becker (*pro hac vice* motion pending)
                                          FOX ROTHSCHILD LLP
                                          2000 Market Street
                                          20th Floor
                                          Philadelphia, PA 19103-3222
                                          (215) 299-2000
                                          (F) (215) 299-2150

                                          Ronald F. Price (admitted *pro hac vice*)
                                          Jason Kerr (admitted *pro hac vice*)
                                          PRICE PARKINSON & KERR, PLLC
                                          5742 West Harold Gatty Drive
                                          Salt Lake City, UT 84116
                                          (801) 530-2932
                                          (F) (801) 530-2932

                                          Attorneys for Defendants Basic Research LLC, Zoller Laboratories LLC, Dennis W. Gay, Daniel B. Mowrey, and Mitchell K. Friedlander