# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**JOSEPH I. MARCHESE**
Tel: **646.837.7410**
Fax: **212.989.9163**
**jmarchese@bursor.com**

February 8, 2016

***Via ECF and FedEx:***

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Brady v. Basic Research, L.L.C.*, No. 2:13-cv-07169 (E.D.N.Y.)

Dear Judge Feuerstein:

    I represent Plaintiffs in the above action. I write in response to Defendants' February 4, 2016 Letter (Dkt. No. 82). In their Letter, Defendants once again request that the Court moot the claims of the named Plaintiffs in contravention of the Supreme Court's directive in *Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663, 672 (Jan. 20, 2016), that "a would-be class representative with a live claim of her own must be accorded a fair opportunity to show that certification is warranted." Plaintiffs oppose Defendants' request for the reasons already stated in *Campbell-Ewald Co.*, in the Court's February 3, 2016 Order (Dkt. No. 81), and in Plaintiffs' motion to dismiss opposition briefing (Dkt. Nos. 68, 71, 73, 76, 77, & 80).

    In light of the foregoing, Plaintiffs respectfully request that the Court deny Defendants' pending motion to dismiss, lift the stay of discovery, and schedule a conference to set new discovery deadlines in this action.

Very truly yours,

Joseph I. Marchese

CC: All counsel of record (by CM/ECF)