**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------- X
:
ASHLEY BRADY and STEPHANIE DALLI          :
CARDILLO, on behalf of themselves and all :
others similarly situated,                :
:   Case No. 2:13-CV-07169-SJF-ARL
                           Plaintiffs,  :
   v.                                     :
:
BASIC RESEARCH, L.L.C., ZOLLER            :
LABORATORIES, L.L.C., NICOLE E.           :
POLIZZI a/k/a SNOOKI, DENNIS W. GAY,      :
DANIEL B. MOWREY, and MITCHELL K.         :
FRIEDLANDER,                              :
:
                           Defendants. :
----------------------------------------------------------- X

## STIPULATION OF DISMISSAL

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice.

Dated:  December 21, 2016               **BURSOR & FISHER, P.A.**


                                               By:   /s/ Joseph I. Marchese
                                                    Joseph I. Marchese

                                        Scott A. Bursor
                                        Joseph I. Marchese
                                        Yitzchak Kopel
                                        Neal J. Deckant
                                        888 Seventh Avenue
                                        New York, NY 10019
                                        Tel:  (212) 989-9113
                                        Fax: (212) 989-9163
                                        E-Mail:  scott@bursor.com
                                                    jmarchese@bursor.com
                                                    ykopel@bursor.com
                                                    ndeckant@bursor.com

**LEVI & KORSINSKY LLP**
Shane T. Rowley
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
E-Mail: srowley@zlk.com

*Attorneys for Plaintiffs*


**FOX ROTHSCHILD LLP**


By:   /s/ Gerald E. Arth
          Gerald E. Arth

Daniel A. Schnapp
Stephanie Resnick
Gerald E. Arth
Ryan Becker
200 Market Street
20th Floor
Philadelphia, PA  19103-3222
(215) 299-2000
(F) (215) 299-2150

**PRICE PARKINSON & KERR, PLLC**
Ronald F. Price
Jason Kerr
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive
Salt Lake City, UT  84115
(801) 530-2932
(F) (801) 530-2932

*Attorneys for Defendants Basic Research, L.L.C., Zoller Laboratories, L.L.C., Dennis W. Gay, and Mitchell K. Friedlander*


**MAYER BROWN LLP**


By:   /s/ Henninger S. Bullock
          Henninger S. Bullock

2

Henninger S. Bullock
1675 Broadway
New York, New York 10019
(212) 506-2500
hbullock@mayerbrown.com

*Attorneys for Defendant Nicole E. Polizzi*