UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

ASHLEY BRADY and STEPHANIE DALLI CARDILLO, on behalf of themselves and all others similarly situated,

                Plaintiffs,

v.

BASIC RESEARCH, L.L.C., ZOLLER LABORATORIES, L.L.C., NICOLE E. POLIZZI a/k/a SNOOKI, DENNIS W. GAY, DANIEL B. MOWREY, and MITCHELL K. FRIEDLANDER,

                Defendants.

--------------------------------------------------------------- X

Case No. 2:13-CV-07169-SJF-ARL

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 21 2016 ★
LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice.

Dated: December 21, 2016

**BURSOR & FISHER, P.A.**

By: /s/ Joseph I. Marchese
      Joseph I. Marchese

Scott A. Bursor
Joseph I. Marchese
Yitzchak Kopel
Neal J. Deckant
888 Seventh Avenue
New York, NY 10019
Tel: (212) 989-9113
Fax: (212) 989-9163
E-Mail: scott@bursor.com
        jmarchese@bursor.com
        ykopel@bursor.com
        ndeckant@bursor.com

*[Handwritten:]* The Clerk of the Court is directed to terminate defendant Polizzi's pending Motion (Dkt. No. 110) and to close this case.

SO ORDERED.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, USDJ
12/21/2016

1

**LEVI & KORSINSKY LLP**
Shane T. Rowley
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
E-Mail: srowley@zlk.com

*Attorneys for Plaintiffs*

**FOX ROTHSCHILD LLP**


By: /s/ Gerald E. Arth
      Gerald E. Arth

Daniel A. Schnapp
Stephanie Resnick
Gerald E. Arth
Ryan Becker
200 Market Street
20th Floor
Philadelphia, PA 19103-3222
(215) 299-2000
(F) (215) 299-2150

**PRICE PARKINSON & KERR, PLLC**
Ronald F. Price
Jason Kerr
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive
Salt Lake City, UT 84115
(801) 530-2932
(F) (801) 530-2932

*Attorneys for Defendants Basic Research, L.L.C.,
Zoller Laboratories, L.L.C., Dennis W. Gay, and
Mitchell K. Friedlander*

**MAYER BROWN LLP**


By: /s/ Henninger S. Bullock
      Henninger S. Bullock

2

Henninger S. Bullock
1675 Broadway
New York, New York  10019
(212) 506-2500
hbullock@mayerbrown.com

*Attorneys for Defendant Nicole E. Polizzi*